In the Matter of Arbitration of Clarence E. ILLG, as Trustee for the next-of-kin of Neil Thomas Illg, deceased, Appellant,

v.

TRI–STATE INSURANCE COMPANY OF MINNESOTA, State Farm Automobile Insurance Company, Respondents.

No. CX–88–797.

Supreme Court of Minnesota.

Dec. 30, 1988.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Tri–State Insurance Company for further review be, and the same is, granted and all proceedings, including briefing, are stayed on appeal pending final disposition of the appeal in *Illg v. Forum Insurance Company*, Case No. C2–87–2002, petition for review granted June 29, 1988. Thereafter, the parties will be notified about further action required, if any.